# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOHN P. JONES** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **5:12-cr-00005-001**<br><br>Jerome Price<br>Defendant's Attorney |

## THE DEFENDANT:

[✔]  pleaded guilty to count(s): 1 of Violation Notice .
[ ]  pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ]  was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR § 8365.1-4 | Possession of controlled substance<br>*(Class A Misdemeanor)* | 05/12/2012 | 1 |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.                [✔]  Appeal rights not given.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

01/08/2013
Date of Imposition of Judgment

*/s/ Jennifer L. Thurston*
Signature of Judicial Officer

**JENNIFER L. THURSTON**, United States Magistrate Judge
Name & Title of Judicial Officer

1/14/13
Date

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 3.

|         | Assessment | Fine  | Restitution |
|---------|------------|-------|-------------|
| Totals: | $ 25.00    | $ N/A | $ N/A       |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| *Name of Payee* | *Total Loss*\* | *Restitution Ordered* | *Priority or Percentage* |
|-----------------|----------------|-----------------------|--------------------------|
| TOTALS:         | $ ___          | $ ___                 |                          |

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [ ] The interest requirement is waived for the   [ ] fine   [ ] restitution

  [ ] The interest requirement for the   [ ] fine [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

[✓]　　　Special Assessment payment of $25.00 due within 30 days from date of sentencing.

[ ]　　　Fine payment of $_____ due within 30 days from date of sentencing.

　　　　Payments must be made by check or money order, payable to *Clerk, U.S.D.C* and mailed to:

　　　　*OFFICE OF THE CLERK*
　　　　*United States District Court*
　　　　*Attn: Financial Office*
　　　　*2500 Tulare Street, Rm. 1501*
　　　　*Fresno, CA 93721*

Your check or money order must indicate your name and case number to ensure your account is credited for payments received.

## COMMUNITY SERVICE

Defendant is ORDERED to complete 8 hours of community service not later than 2/28/2013.

Defendant may perform the required volunteer service at any non-profit organization which serves a valid community need, including the Kern County Parks and Recreation Department.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.